**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____ Chapter __11__

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | Debtor's name | **S.M.F. Group Inc., a New York corporation** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **13-3431726** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **810 Seventh Avenue, Suite 615**<br>**New York, NY 10019**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **New York**<br>County | Location of principal assets, if different from principal place of business |
| | _____<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **S.M.F. Group Inc., a New York corporation**                    Case number (*if known*) _____
Name

---

**7.**   **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

      **7225**

---

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

---

**10.**   **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

---

| Debtor | S.M.F. Group Inc., a New York corporation | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | See Schedule 1 | Relationship | **Affiliate** |
| District | **Southern District of New York** | When | **8/9/26** | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
  Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
  Contact name _____
  Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
■ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor    **S.M.F. Group Inc., a New York corporation**                                    Case number (*if known*) _____
          Name

| | |
|---|---|
| **Request for Relief, Declaration, and Signatures** | |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
    of authorized
    representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 9, 2026**
               MM / DD / YYYY

X _____          **Benjamin M. Grossman**
Signature of authorized representative of debtor    Printed name

Title    **Authorized Person**

**18. Signature of attorney**    X _____    Date    **August 9, 2026**
                                  Signature of attorney for debtor              MM / DD / YYYY

**David S. Forsh**
Printed name

**Raines Feldman Littrell LLP**
Firm name

**1350 Avenue of the Americas
22nd Floor
New York, NY 10019**
Number, Street, City, State & ZIP Code

Contact phone    **917 790-7100**        Email address    **dforsh@raineslaw.com**

**4596680 NY**
Bar number and State

**Schedule 1**

**Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor**

On the date hereof, each of the entities listed below (collectively, the "**Debtors**") filed a petition in the United States Bankruptcy Court for the Southern District of New York for relief under chapter 11 of title 11 of the United States Code.  The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case of S.M.F. Group Inc.

1. S.M.F. Group Inc., a New York corporation
2. 57th Street Hospitality Partners, LLC, a Delaware limited liability company
3. Brasserie 57 LLC, a Delaware limited liability company
4. Broadway Hospitality Venture, LLC, a Delaware limited liability company
5. Brooklyn Diner USA, Inc., a New York corporation
6. Brooklyn Diner USA, L.P., a Delaware limited partnership
7. Cafe Concepts (Washington DC), LLC, a Delaware limited liability company
8. Cieli Partners, L.P., a New York limited partnership
9. Ebbets Field Venture, LLC, a Delaware limited liability company
10. Ebbets Field Venture II, LLC, a Delaware limited liability company
11. Fireman Hospitality Card LLC, a Maryland limited liability company
12. Fiorello's Roman Cafe, Inc., a New York corporation
13. Italian Cafe Concepts, LLC, a Delaware limited liability company
14. Red Eye/Brooklyn Associates, L.P., a Delaware limited partnership
15. Red Eye Grill, Inc., a New York corporation
16. Red Eye Grill, L.P., a Delaware limited partnership
17. SFAP Group, LLC, a Delaware limited liability company
18. Shelny, LLC, a Delaware limited liability company
19. SMJ Group, Inc., a New York corporation
20. SMJ Group, L.L.C., a New York limited liability company
21. The Finer Diner, LLC, a Delaware limited liability company
22. The Fireman Group Cafe Concepts, Inc., a New York corporation

**ACTION BY WRITTEN CONSENT**
**OF THE BOARD OF DIRECTORS, MANAGER OR GENERAL
PARTNER, AS APPLICABLE, OF S.M.F. GROUP INC., 57TH STREET
HOSPITALITY PARTNERS, LLC, BRASSERIE 57 LLC, BROADWAY
HOSPITALITY VENTURE, LLC, BROOKLYN DINER USA, INC.,
BROOKLYN DINER USA, L.P., CAFE CONCEPTS (WASHINGTON DC),
LLC, CIELI PARTNERS, L.P., EBBETS FIELD VENTURE II, LLC,
EBBETS FIELD VENTURE, LLC, FIORELLO'S ROMAN CAFE, INC.,
FIREMAN HOSPITALITY CARD LLC, ITALIAN CAFE CONCEPTS,
LLC, RED EYE GRILL, INC., RED EYE GRILL, L.P., RED
EYE/BROOKLYN ASSOCIATES, L.P., SFAP GROUP, LLC, SHELNY,
LLC, SMJ GROUP, INC., SMJ GROUP, L.L.C., THE FINER DINER, LLC,
AND THE FIREMAN GROUP CAFE CONCEPTS, INC.**

Dated as of August 9, 2026

For each of the entities listed on Schedule A attached hereto (each a "**Company**" and, collectively, the "**Companies**"), the undersigned, as (i) the sole member of the board of directors of each Company that is a corporation, (ii) the sole manager of each Company that is a limited liability company, or (iii) for each of the Companies that is a limited partnership, as the sole member of the board of directors or sole manager of its general partner and acting on behalf of such general partner in its capacity as such general partner (in any of the foregoing capacities, the "**Authorized Person**"), hereby approves and adopts, in accordance with applicable state law and the governing documents and agreements of each Company, the following resolutions for each Company:

**WHEREAS**, the Authorized Person has reviewed and considered the financial and operational condition of the Companies and their businesses on the date hereof, including their historical performance, their assets and prospects, their current and future liquidity needs, their lease portfolios, and their current and long-term liabilities; and

**WHEREAS**, the Authorized Person has reviewed and considered reports of management and the Companies' legal and financial advisors regarding, and has considered and discussed, the Companies' financial condition and the strategic alternatives available to them, and the impacts of the foregoing on the Companies' businesses, assets and stakeholders; and

**WHEREAS**, the Authorized Person has determined that it is advisable and in the best interests of the Companies to pursue relief under the provisions of chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "**Bankruptcy Code**").

**NOW, THEREFORE, BE IT:**

1.     <u>**Commencement of Chapter 11 Cases**</u>

**RESOLVED**, that the Companies file, or cause to be filed, voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern

1

District of New York (the "**Bankruptcy Court**") and perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect the foregoing; and it is further

**RESOLVED**, that Jordan Meyers is hereby appointed as the Chief Restructuring Officer and the authorized representative of the Companies (the "**CRO**" or the "**Authorized Person**") and that he be, and hereby is, authorized, empowered, and directed, with full power of delegation, to negotiate, execute, deliver, and file with the Bankruptcy Court, in the name and on behalf of the Companies, and under their corporate seal or otherwise, all plans, petitions, schedules, statements, motions, lists, applications, pleadings, papers, affidavits, declarations, orders and other documents; and it is further

**RESOLVED**, that the Authorized Person be, and hereby is, authorized, empowered, and directed, with full power of delegation, in the name and on behalf of the Companies, to take and perform any and all further acts and deeds that the Authorized Person deems necessary, appropriate, or desirable in connection with the Companies' bankruptcy cases and in furtherance of the restructuring of the Companies' debts and obligations, all as consistent with these resolutions and to carry out and put into effect the purposes of these resolutions, and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions; and it is further

## 2.    Retention of Advisors

**RESOLVED**, that the following professionals be engaged and retained on behalf of the Companies: (i) Raines Feldman Littrell LLP as general bankruptcy counsel; (ii) SierraConstellation Partners LLC to provide Mr. Meyers to serve as the CRO and provide personnel in support; and (iii) an investment banker or broker, if deemed necessary or approriate by the Authorized Person; and (iv) Epiq Corporate Restructuring, LLC as claims and noticing agent; each to represent and assist the Companies in carrying out their duties and responsibilities under the Bankruptcy Code and applicable law, and to take any and all actions to advance the Companies' rights and interests (including, without limitation, the law firm filing any pleadings and responses, and making any filings with regulatory agencies or other governmental authorities); and it is further

**RESOLVED**, that the Authorized Person be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Companies, to execute appropriate retention agreements with and pay appropriate retainers to the foregoing professionals and such other professionals as they deem necessary, appropriate or desirable, upon such terms and conditions as they shall approve, to render services to the Companies, and to cause to be filed appropriate applications for authority to retain the services of such professionals; and it is further

## 3.    Financing

**RESOLVED** that the Authorized Person be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Companies, to negotiate and obtain postpetition financing and/or use of cash collateral, including under one or more debtor-in-possession credit facilities, as the Authorized Person deems necessary, appropriate, or desirable in connection with

2

the Companies' bankruptcy cases and to carry out and put into effect the purposes of these resolutions; and to enter into any guarantees and to pledge and grant liens on the Companies' assets in support of such financing, and in connection therewith to execute appropriate loan agreements and related ancillary documents; with the actions of the Authorized Person taken pursuant to this resolution, including the execution, acknowledgement, delivery and verification of all such financing related documents, being deemed conclusive evidence of the approval and the necessity, desirability or appropriateness thereof; and it is further

**RESOLVED** that the Authorized Person be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Companies, to take all such further actions, including, without limitation, to pay or approve the payment of all fees and expenses payable in connection with any such financing transaction(s) and all fees and expenses incurred by or on behalf of the Companies in connection with these resolutions, in accordance with the terms of any financing related documents, which shall in its sole judgment be necessary, appropriate, or desirable to perform any of the Companies' obligations under or in connection with such financing arrangements and to carry out fully the intent of these resolutions; and it is further

4. **General**

**RESOLVED**, that the Authorized Person, be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Companies, authorized, empowered, and directed, with full power of delegation, in the name and on behalf of the Companies, to take and perform any and all further acts or deeds, including (a) the negotiation of such additional agreements, amendments, modifications, supplements, consents, waivers, reports, documents, instruments, applications, notes or certificates not now known but which may be required, (b) the execution, delivery, performance and filing (if applicable) of any of the foregoing, and (c) the payment of all fees, consent payments, taxes, indemnities and other expenses, as the Authorized Person, in his sole discretion, may approve or deem necessary, appropriate, or desirable to carry out the intent and accomplish the purposes of the foregoing resolutions and the transactions contemplated thereby, all of such actions, executions, deliveries, filings, and payments to be conclusive evidence of such approval or that the Authorized Person deemed the same to meet such standard; and it is further

**RESOLVED**, that to the extent that a Company serves as the sole member, managing member, general partner, partner or other governing body of any other company (an "**Affiliate**"), the Authorized Person hereby is authorized, empowered and directed in the name and on behalf of the Company to take all of the actions on behalf of such Affiliate that the Authorized Person is herein authorized to take on behalf of the Company; and it is further

**RESOLVED**, that any person dealing with the Authorized Person in connection with any of the foregoing matters shall be conclusively entitled to rely upon the authority of the Authorized Person and by his execution of any document, agreement or instrument, the same to be a valid and binding obligation of such Company enforceable in accordance with its terms; and it is further

**RESOLVED**, that the Authorized Person is hereby authorized to certify and deliver to any person to whom such certification and delivery may be deemed necessary or desirable in the

3

opinion of the Authorized Person, a true copy of the foregoing resolutions; and it is further

**RESOLVED**, that all actions heretofore taken, and all agreements, instruments, reports and documents executed, delivered or filed through the date hereof, by the Authorized Person of the Companies in, for and on behalf of the Companies, in connection with the matters described in or contemplated by the foregoing resolutions, are hereby approved, adopted, ratified and confirmed in all respects as the acts and deeds of the Companies as of the date such action or actions were taken; and it is further

**IN WITNESS WHEREOF**, the undersigned has executed this Action by Written Consent in the capacities described above and as of the date first written above.

Signed by:

Benjamin M. Grossman
Authorized Person

4

## SCHEDULE A

1.   S.M.F. Group Inc.
2.   57th Street Hospitality Partners, LLC
3.   Brasserie 57 LLC
4.   Broadway Hospitality Venture, LLC
5.   Brooklyn Diner USA, Inc.
6.   Brooklyn Diner USA, L.P.
7.   Cafe Concepts (Washington DC), LLC
8.   Cieli Partners, L.P.
9.   Ebbets Field Venture II, LLC
10.  Ebbets Field Venture, LLC
11.  Fiorello's Roman Cafe, Inc.
12.  Fireman Hospitality Card LLC
13.  Italian Cafe Concepts, LLC
14.  Red Eye Grill, Inc.
15.  Red Eye Grill, L.P.
16.  Red Eye/Brooklyn Associates, L.P.
17.  SFAP Group, LLC
18.  Shelny, LLC
19.  SMJ Group, Inc.
20.  SMJ Group, L.L.C.
21.  The Finer Diner, LLC
22.  The Fireman Group Cafe Concepts, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| S.M.F. GROUP INC., *et al.*[1] | Chapter 11 |
| Debtors. | Case No. |
| | (Joint Administration Requested) |

## CORPORATE OWNERSHIP STATEMENT PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007 AND 7007.1

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal rules of Bankruptcy Procedure, The S.M.F. Group Inc. and its affiliated debtors and debtors-in-possession in the above-captioned cases respectfully represent as follows:

1.      The Debtor, **S.M.F. Group Inc.** certifies that the following corporation(s) directly or indirectly owns 10% or more of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1:

None

2.      The Debtor, **SMJ Group, L.L.C.** certifies that the following corporation(s) directly or indirectly owns 10% or more of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1:

| Entity | Ownership Interest |
|---|---|
| SMJ Group, Inc.<br>810 Seventh Avenue, Suite 615<br>New York, NY 10019 | 74% |

---

[1]    The Debtors and the last four digits of their federal tax identification numbers are: (1) S.M.F. Group Inc. (1726); (2) 57th Street Hospitality Partners, LLC (2026); (3) Brasserie 57 LLC (6251); (4) Broadway Hospitality Venture, LLC (5541); (5) Brooklyn Diner USA, Inc. (1194); (6) Brooklyn Diner USA, L.P. (9292); (7) Cafe Concepts (Washington DC), LLC (3827); (8) Cieli Partners, L.P. (7771); (9) Ebbets Field Venture, LLC (9637); (10) Ebbets Field Venture II, LLC (2344); (11) Fireman Hospitality Card LLC (4763); (12) Fiorello's Roman Cafe, Inc. (2519); (13) Italian Cafe Concepts, LLC (3784); (14) Red Eye/Brooklyn Associates, L.P. (9293); (15) Red Eye Grill, Inc. (1189); (16) Red Eye Grill, L.P. (9291); (17) SFAP Group, LLC (9152); (18) Shelny, LLC (1859); (19) SMJ Group, Inc. (1191); (20) SMJ Group, L.L.C. (3319); (21) The Finer Diner, LLC (1940); and (22) The Fireman Group Cafe Concepts, Inc. (5919).  The Debtors' mailing address is 810 Seventh Avenue, Suite 615, New York, NY 10019.

3.    The Debtor, **SMJ Group, Inc.** certifies that the following corporation(s) directly or indirectly owns 10% or more of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1:

None

4.    The Debtor, **The Fireman Group Cafe Concepts, Inc.** certifies that the following corporation(s) directly or indirectly owns 10% or more of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1:

None

5.    The Debtor, **Brooklyn Diner USA, Inc.** certifies that the following corporation(s) directly or indirectly owns 10% or more of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1:

None

6.    The Debtor, **SFAP Group, LLC** certifies that the following corporation(s) directly or indirectly owns 10% or more of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1:

None

7.    The Debtor, **Shelny, LLC** certifies that the following corporation(s) directly or indirectly owns 10% or more of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1:

None

8.    The Debtor, **Red Eye Grill, Inc.** certifies that the following corporation(s) directly or indirectly owns 10% or more of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1:

None

9.    The Debtor, **Red Eye Grill, L.P.** certifies that the following corporation(s) directly or indirectly owns 10% or more of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1:

| Entity | Ownership Interest |
| --- | --- |
| Red Eye/Brooklyn Associates, L.P.<br>810 Seventh Avenue, Suite 615<br>New York, NY 10019 | 99% |

2

10.     The Debtor, **Red Eye/Brooklyn Associates, L.P.** certifies that the following corporation(s) directly or indirectly owns 10% or more of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1:

| Entity | Ownership Interest |
|---|---|
| SMJ Group L.L.C. 810 Seventh Avenue, Suite 615 New York, NY 10019 | 86.58% |

11.     The Debtor, **Ebbets Field Venture II, LLC** certifies that the following corporation(s) directly or indirectly owns 10% or more of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1:

None

12.     The Debtor, **57th Street Hospitality Partners, LLC** certifies that the following corporation(s) directly or indirectly owns 10% or more of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1:

| Entity | Ownership Interest |
|---|---|
| Shelny, LLC 810 Seventh Avenue, Suite 615 New York, NY 10019 | 84% |

13.     The Debtor, **Fireman Hospitality Card LLC** certifies that the following corporation(s) directly or indirectly owns 10% or more of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1:

None

14.     The Debtor, **Fiorello's Roman Café, Inc.** certifies that the following corporation(s) directly or indirectly owns 10% or more of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1:

None

15. The Debtor, **Cieli Partners, L.P.** certifies that the following corporation(s) directly or indirectly owns 10% or more of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1:

| Entity | Ownership Interest |
|---|---|
| S.M.F. Group, Inc.<br>810 Seventh Avenue, Suite 615<br>New York, NY 10019 | 87.5% |

16. The Debtor, **Broadway Hospitality Venture, LLC** certifies that the following corporation(s) directly or indirectly owns 10% or more of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1:

| Entity | Ownership Interest |
|---|---|
| SFAP Group, LLC<br>810 Seventh Avenue, Suite 615<br>New York, NY 10019 | 73% |

17. The Debtor, **Brasserie 57 LLC** certifies that the following corporation(s) directly or indirectly owns 10% or more of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1:

None

18. The Debtor, **Brooklyn Diner USA, L.P.** certifies that the following corporation(s) directly or indirectly owns 10% or more of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1:

| Entity | Ownership Interest |
|---|---|
| Red Eye/Brooklyn Associates, LP<br>810 Seventh Avenue, Suite 615<br>New York, NY 10019 | 99% |

4

19.     The Debtor, **Cafe Concepts (Washington DC), LLC** certifies that the following corporation(s) directly or indirectly owns 10% or more of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1:

| Entity | Ownership Interest |
| --- | --- |
| SFAP Group, LLC<br>810 Seventh Avenue, Suite 615<br>New York, NY 10019 | 47.33% |

20.     The Debtor, **Ebbets Field Venture, LLC** certifies that the following corporation(s) directly or indirectly owns 10% or more of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1:

None

21.     The Debtor, **Italian Cafe Concepts, LLC** certifies that the following corporation(s) directly or indirectly owns 10% or more of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1:

None

22.     The Debtor, **The Finer Diner, LLC** certifies that the following corporation(s) directly or indirectly owns 10% or more of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1:

| Entity | Ownership Interest |
| --- | --- |
| 57th Street Hospitality Partners, LLC<br>810 Seventh Avenue, Suite 615<br>New York, NY 10019 | 100% |

Dated: August 9, 2026

Signed by:
_____
Benjamin M. Grossman, Authorized Person

5

| Fill in this information to identify the case: |
| --- |
| Debtor name  S.M.F. Group Inc., *et al.* |
| United States Bankruptcy Court for the:  Southern _____ District of  New York _____ (State) |
| Case number (If known):  _____ |

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 50 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 50 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | 888 Seventh Avenue LLC c/o Vornado Realty Trust 888 Seventh Avenue New York, NY 10019 | (212) 894-7000 rlevy@vno.com | Rent | | | | $5,938,193.38 |
| 2 | NYS Department of Taxation Bankruptcy Section PO Box 5300 Albany, NY 12205-0300 | (518) 457-5434 tax.sm.bankruptcycourtmailing@tax.ny.gov | Sales Tax | | | | $3,161,769.00 |
| 3 | Samson MCA LLC 17 State Street Suite 630 New York, NY 10004 | steven@samsonfunding.com | MCA | C, D | | | $1,665,638.48 |
| 4 | InKind Cards, Inc. 600 Congress Avenue, Suite 1700 Austin, TX 78701 | info@inkind.com | Dining Credits | C, U, D | | | $1,553,827.00 |
| 5 | Webfund LLC 99 Wall Street #1540 New York, NY 10005 | jack@web-fund.com; ozzy@web-fund.com; underwriting@web-fund.com | MCA | C, D | | | $1,418,807.66 |
| 6 | Edison Management LLC 228 West 47th Street, 2nd Floor New York, NY 10036 | Michael Lefkowitz mlefkowitz@triumphhotels.com | Rent | | | | $1,182,465.29 |
| 7 | Zapco 1500 Investment L.P. c/o NW 5583 P.O. Box 1450 Minneapolis, MN 55485-5583 | (212) 944-0663 | Rent | | | | $1,118,385.78 |
| 8 | RP/Feil 57 JV LLC c/o The Feil Organization 7 Penn Plaza, 11th Floor New York, NY 10001 | (212) 563-6557 Randall Briskin RBriskin@feil.com | Rent | | | | $903,102.75 |

Debtor   S.M.J. Group Inc., *et al.*
         Name

Case number *(if known)*

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Paramount Leasehold, L.P. c/o Levin Management Corp. / Rosemark Management 1501 Broadway, Suite 1616 New York, NY 10036 | (908) 755-2401 management@levinmgt.com | Rent | D | | | $821,067.58 |
| 10 | American Express Gregory P. Deegan c/o Becket and Lee LP PO Box 3001 Malvern, PA 19355-0701 | proofofclaim@becket-lee.com | Other/Misc. | | | | $810,884.41 |
| 11 | Baldor Specialty Foods 155 Food Court Drive Bronx, NY 10474 | (718) 860-9100 Mark Pastore Mark@baldorfood.com | Food Cost | | | | $677,342.67 |
| 12 | Capybara Capital, LLC 6501 Congress Avenue, Suite 340 Boca Raton, FL 33487 | CSutherlin@capybarausa.com | MCA | C, D | | | $603,562.50 |
| 13 | US Small Business Administration COVID EIDL Servicing Center PO Box 156059 Forth Worth, TX 76155-2243 | (833) 853-5638 COVIDEIDLServicing@sba.gov | SBA Loan | | | | $600,000.00 |
| 14 | Film at Lincoln Center 70 Lincoln Center Plaza, 4th Floor New York, NY 10023 | (212) 875-5610 info@filmcomment.com; jkwiatkowski@filmlinc.org; etooley@filmlinc.org | Rent | D | | | $504,538.60 |
| 15 | Apollo Funding Co. 9 West 57th Street, 41st Floor New York, NY 10019 | Questions@mcaservicingcompany.com | MCA | C, D | | | $477,738.00 |
| 16 | Dairyland USA 240 Food Center Drive Bronx, NY 10474 | (718) 842-8700 ext. 513 chef@chefswarehouse.com | Food Cost | | | | $449,347.95 |
| 17 | Forward Financing LLC 53 State Street, 20th Floor Boston, MA 02109 | (888) 244-9099 account.servicing.team@forwardfinancing.com | MCA | C, D | | | $415,062.50 |
| 18 | Quality Performance Maintenance & Cleaning 1200 6th Avenue, 3rd Floor New York, NY 10036 | info@qualitypmc.com | Cleaning & Sanitation | | | | $405,323.42 |
| 19 | I Halper Paper and Supplies Inc. 51 Hook Road Bayonne, NJ 07002 | (973) 675-6633 information@ihalper.com | Food Cost | | | | $357,007.67 |
| 20 | EBF Holdings LLC (Everest Business Funding) 102 W. 38th Street, 6th Floor New York, NY 10018 | (800) 619-2943 info@everestbusinessfunding.com | MCA | C, D | | | $350,108.05 |

| Debtor | S.M.J. Group Inc., *et al.* | Case number *(if known)* |
| --- | --- | --- |
| | Name | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 21 | Pat LaFrieda Meat Purveyors 3701 Tonnelle Avenue North Bergen, NJ 07047-2421 | (212) 929-2420 | Food Cost | | | | $333,571.71 |
| 22 | ODK Capital, LLC (On Deck) 4700 W. Daybreak Pkwy., Suite 200 South Jordan, UT 84009 | (888) 556-3483 customerservice@ondeck.com | MCA | C, D | | | $332,333.34 |
| 23 | Driscoll Foods 6 West Belt Wayne, NJ 07470 | (973) 672-9400 customerservice@driscollfoods.com | Food Cost | | | | $311,169.96 |
| 24 | Samuels and Son 3400 South Lawrence Street Philadelphia, PA 19148 | (800) 580-5810 alex@samuelsseafood.com | Food Cost | | | | $270,235.59 |
| 25 | Le Meridian Central Park 120 West 57th Street New York, NY 10019 | (212) 830-8000 fom@lemeridiennyc.com | Rent | | | | $265,364.19 |
| 26 | Ogden CAP Properties LLC 02 545 Madison Avenue, 6th Floor New York, NY 10022 | (212) 289-5000 cjohnson@ogdencap.com | Rent | | | | $249,918.04 |
| 27 | Spencer Fane LLP Erika J. Howard 1000 Walnut Street, Suite 1400 Kansas City, MO 89101 | (816) 474-8100 Erika J. Howard, Accounting Manager ehoward@spencerfane.com | Professional Services | D | | | $224,049.00 |
| 28 | CohnReznick, LLP 1301 Avenue of the Americas, 10th Floor New York, NY 10019 | (212) 297-0400 Jarrett.bluth@cohnreznick.com | Professional Servies | | | | $155,297.00 |
| 29 | The TREA 1001 Pennsylvania Avenue Trust c/o Hines Interests Limited Partnership 1001 Pennsylvania Avenue, NW, #100 Washington, DC 20004 | (202) 639-7575 | Rent | | | | $154,749.13 |
| 30 | Constellation New Energy Inc. P.O. Box 4640 Carol Stream, IL 60197 | (888) 635-0827 payments@constellation.com; CustomerCare@constellation.com | Utilities | | | | $149,078.07 |
| 31 | William Resk [Address on File] | | Employee | | | | $145,000.00 |
| 32 | Coast Cleaning Svcs 1100 6th Avenue Neptune, NJ 07753 | (732) 775-2000 | Cleaning & Sanitation | | | | $144,050.41 |

Debtor    <u>S.M.J. Group Inc., *et al.*</u>                    Case number *(if known)*_____
Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 33 | Sogno Toscano Tuscan Dream 1445 W 12th Pl, Suite 101 Tempe, AZ 85281 | (844) 664-1581 customerservice@sognotoscano.com | Food Cost | | | | $131,957.88 |
| 34 | Sysco Metro New York LLC Wilderson Cheriscar 20 Theodore Conrad Drive Jersey City, NJ 07305-4614 | (800) 797-2627 cheriscar.wilderson@corp.sysco.com; sysco.customer.credit@sbs.sysco.com | Food Cost | | | | $126,165.94 |
| 35 | Willkie Farr & Gallagher LLP David C. Drewes 787 Seventh Avenue New York, NY 10019 | (212) 728-8000 ddrewes@willkie.com | Legal Fees | | | | $110,767.45 |
| 36 | CFG Merchant Solutions, LLC 180 Maiden Lane, Suite 1502 New York, NY 10038 | (844) 662-3467 info@cfgms.com | MCA | C, D | | | $96,856.80 |
| 37 | RAMP 28 West 23rd Street Floor 2 New York, NY 10010 | communications@ramp.com | Credit Card | | | | $90,818.59 |
| 38 | Italian Luxury Design Essence LLC 7901 NE 2nd Avenue Miami, FL 33138 | (917) 328-0546 pam@ild.design | Other / Misc. | D | | | $87,129.00 |
| 39 | Action Carting Environmental S c/o Interstate Waste Services 300 Frank W. Burr Blvd., Suite 39 Teaneck, NJ 07666 | (866) 270-9900 customerservice@actioncarting.com | Cleaning & Sanitation | | | | $85,843.74 |
| 40 | D2 Office Furniture & Design, Inc. 150 East 39th Street New York, NY 10016 | (212) 288-0800 infor@d2nyc.com | Other / Misc. | | | | $80,697.88 |
| 41 | FOC NY Inc. 77 Worth Street New York, NY 10013 | Todd Birnbaum todd@friendofchef.com | Marketing | D | | | $76,928.74 |
| 42 | Air Comfort Service Group LLC Tom Gindele 20 Brooklyn Avenue Massapequa, NY 11758 | (516) 799-2100 TGindele@aircomny.com | Other / Misc. | | | | $68,974.65 |
| 43 | Air Comfort Refrigeration Corp. 399 Route 109 West Babylon, NY 11704 | (516) 799-2100 info@aircomny.com | Repairs & Maintenance | | | | $60,644.24 |
| 44 | Peterson-Fireman Venture B45 LLC c/o Peterson Companies 712 Fifth Avenue, 48th Floor New York, NY 10019 | info@petersoncos.com | Labor | | | | $60,000.00 |

Debtor    <u>S.M.J. Group Inc., *et al.*</u>                    Case number *(if known)*_____
          Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 45 | Zurich American Insurance Company 1299 Zurich Way Schaumburg, IL 60196 | (800) 382-2150 direct.bill@zurichna.com; billing.and.collection@zurichna.com | Insurance | | | | $59,617.37 |
| 46 | Computer Helpers Inc. 901 N. Washington Street, Suite 103 Alexandria, VA 22314 | (703) 836-1753 | Technology & POS | | | | $59,092.18 |
| 47 | Danow, McMullan and Panoff, P.C. 605 Third Avenue, 16th Floor New York, NY 10158 | (212) 370-3744 info@thedanowgroup.com | Professional Services | | | | $51,869.00 |
| 48 | Ocean Funding Corp. 2941 West Cypress Creek Road Suite 101 Fort Lauderdale, FL 33309 | admin@oceanfundingcorp.com | MCA | C, D | | | $50,000.00 |
| 49 | Newman Ferrara LLP Jonathan H. Newman 55 East 59th Street, 17th Floor New York, NY 10022 | (212) 619-5400 JNewman@nfllp.com | Professional Services | | | | $47,131.87 |
| 50 | Chef's Warehouse Mid-Atlantic LLC c/o The Chef's Warehouse 100 East Ridge Road Ridgefield, CT 06877 | (718) 842-8700 chefs@chefswarehouse.com | Food Cost | | | | $43,253.54 |