**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| S.M.F. GROUP, INC., *et al.*,[1] | Case No. 26-11893 (SAB) |
| Debtors. | (Jointly Administered) |

**SECOND *SUPPLEMENTAL* NOTICE TO**
**CONTRACT PARTIES TO POTENTIALLY**
**ASSUMED EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

**YOU ARE RECEIVING THIS NOTICE BECAUSE YOU OR ONE OF YOUR AFFILIATES IS A COUNTERPARTY TO AN EXECUTORY CONTRACT OR UNEXPIRED LEASE WITH ONE OR MORE OF THE DEBTORS AS SET FORTH ON EXHIBIT A ATTACHED HERETO**

**PLEASE TAKE NOTICE** that, on September 4, 2026, the United States Bankruptcy Court for the Southern District of New York (the "Court") entered an order approving a process and procedures for the sale of all or any part of the assets of the Debtors (the "Assets") in one or more lots and to one or more purchasers [Docket No. 104] (the "Bid Procedures Order").[2] The sale process is governed by the procedures approved pursuant to the Bid Procedures Order (attached as Exhibit 1 to the Bid Procedures Order, the "Bid Procedures").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bid Procedures and subject to entry of an order of the Court approving a Sale, the Debtors may assume and assign to the Successful Bidder the contracts or agreements listed on **Exhibit A** (the "Assigned Contracts"),[3] including but not limited to those Assigned Contracts to which you are a counterparty.

[1] The Debtors and the last four digits of their federal tax identification numbers are: (1) S.M.F. Group Inc. (1726); (2) 57th Street Hospitality Partners, LLC (2026); (3) Brasserie 57 LLC (6251); (4) Broadway Hospitality Venture, LLC (5541); (5) Brooklyn Diner USA, Inc. (1194); (6) Brooklyn Diner USA, L.P. (9292); (7) Cafe Concepts (Washington DC), LLC (3827); (8) Cieli Partners, L.P. (7771); (9) Ebbets Field Venture, LLC (9637); (10) Ebbets Field Venture II, LLC (2344); (11) Fireman Hospitality Card LLC (4763); (12) Fiorello's Roman Cafe, Inc. (2519); (13) Italian Cafe Concepts, LLC (3784); (14) Red Eye/Brooklyn Associates, L.P. (9293); (15) Red Eye Grill, Inc. (1189); (16) Red Eye Grill, L.P. (9291); (17) SFAP Group, LLC (9152); (18) Shelny, LLC (1859); (19) SMJ Group, Inc. (1191); (20) SMJ Group, L.L.C. (3319); (21) The Finer Diner, LLC (1940); and (22) The Fireman Group Cafe Concepts, Inc. (5919). The Debtors' mailing address is 810 Seventh Avenue, Suite 615, New York, NY 10019.

[2] All capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Bid Procedures Order or the Bidding Procedures, as applicable.

[3] On September 18, 2026, the Debtors filed the *Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases* [Docket No. 184] (the "Initial Cure Notice") and, on October 5, 2026, the Debtors filed the *Corrected Supplemental Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases* [Docket No. 239] (the "Supplemental Cure Notice"). For the avoidance of doubt, the executory contracts and unexpired leases set forth on Exhibit A to the Initial Cure Notice and the Supplemental Cure Notice are not affected by this second supplemental notice.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have conducted a review of their books and records and have determined that the amount necessary to cure all unpaid obligations or defaults (if any) under each Assigned Contract is as set forth on **Exhibit A** (the "Cure Amounts").

**PLEASE TAKE FURTHER NOTICE** that if you (i) disagree with the proposed Cure Amount for any Assigned Contract, or (ii) object to the assumption and assignment of any Assigned Contract for any reason not related to the identity of the Successful Bidder, then you must file an objection with the Court no later than **12:00 p.m. (ET) on October 16, 2026**.

**PLEASE TAKE FURTHER NOTICE** that you must file any objection related to the identity of the Successful Bidder, including but not limited to adequate assurance of future performance by the Successful Bidder, no later than **12:00 p.m. (ET) on October 16, 2026**.

**PLEASE TAKE FURTHER NOTICE** that any objection filed must (i) be in writing; (ii) comply with the applicable provisions of the Bankruptcy Rules, the Local Bankruptcy Rules, and any order governing the administration of these chapter 11 cases; (iii) state with specificity the nature of the objection and, if the objection pertains to the proposed Cure Amounts, state the correct cure amount alleged to be owed to the objecting Contract Counterparty, together with any applicable and appropriate documentation in support thereof; and (iv) be filed with the Court and served so as to be actually received by the applicable deadline.

**PLEASE TAKE FURTHER NOTICE** that if no objection is filed to (a) the Cure Amounts(s), (b) the proposed assignment and assumption of any Assigned Contract, or (c) adequate assurance of the Successful Bidder's ability to perform by the applicable objection deadline, then (i) you will be deemed to have stipulated that the Cure Amount, as determined by the Debtors is correct, (ii) you will be forever barred, estopped, and enjoined from asserting any additional cure amount under the proposed Assigned Contract, and (iii) you will be forever barred, estopped, and enjoined from objecting to such proposed assignment to the Successful Bidder on the grounds that the Successful Bidder has not provided adequate assurance of future performance as of the closing date of the Sale.

**PLEASE TAKE FURTHER NOTICE** that any objection to the proposed assumption and assignment of (i) an Assigned Contract or related Cure Amount, or (ii) in connection with the Successful Bid that otherwise complies with these procedures yet remains unresolved as of the commencement of the Sale Hearing shall be heard at a later date as may be fixed by the Court.

**PLEASE TAKE FURTHER NOTICE** that, notwithstanding anything herein, the mere listing of any Assigned Contract on **Exhibit A** hereto does not require or guarantee that such Assigned Contract will be assumed by the Debtors at any time or assumed and assigned, and all rights of the Debtors and the Successful Bidder with respect to such Assigned Contract are reserved. Moreover, the Debtors explicitly reserve their rights to seek to reject or assume each Assigned Contract pursuant to section 365(a) of the Bankruptcy Code and in accordance with the

procedures allowing the Debtors and/or the Successful Bidder, as applicable, to designate any Assigned Contract as either rejected or assumed on a post-closing basis.

**PLEASE TAKE FURTHER NOTICE** that, nothing herein (i) alters in any way the prepetition nature of the Assigned Contracts or the validity, priority, or amount of any claims of a counterparty to any Assigned Contract against the Debtors that may arise under such Assigned Contract, (ii) creates a postpetition contract or agreement, or (iii) elevates to administrative expense priority any claims of a counterparty to any Assigned Contract against the Debtors that may arise under such Assigned Contract.

**PLEASE TAKE FURTHER NOTICE** that copies of the Bid Procedures, Bid Procedures Order, as well as all other pleadings in and additional information concerning these chapter 11 cases, may be obtained free of charge at https://dm.epiq11.com/case/firemangroup/.

Dated: October 8, 2026
New York, New York

**RAINES FELDMAN LITTRELL LLP**

*/s/ David S. Forsh*
Hamid R. Rafatjoo, Esq.
Carollynn H.G. Callari, Esq.
David S. Forsh, Esq.
1350 Avenue of the Americas, Fl. 22
New York, NY 10019
Tel: (917) 790-7100
Email: hrafatjoo@raineslaw.com
ccallari@raineslaw.com
dforsh@raineslaw.com

*Counsel to the Debtors and Debtors in Possession*

# EXHIBIT A

## Assigned Contracts