**RAINES FELDMAN LITTRELL LLP**
1350 Avenue of the Americas, Fl. 22
New York, NY 10019
Tel: (917) 790-7100
Hamid R. Rafatjoo, Esq.
Carollynn H.G. Callari, Esq.
David S. Forsh, Esq.

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| S.M.F. GROUP INC., *et al.*,[1] | Case No. 26-11893 (SAB) |
| Debtors. | (Jointly Administered) |

# NOTICE OF FILING FINAL ASSET PURCHASE AGREEMENT

**PLEASE TAKE NOTICE** that, on September 4, 2026, the United States Bankruptcy Court for the Southern District of New York (the "**Court**") entered an order [ECF No. 104] approving certain bidding, noticing and objection procedures (the "**Bidding Procedures**") for a sale of all or any portion of the assets of the debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**"). Capitalized terms not defined herein have the meanings ascribed in the Bidding Procedures.

**PLEASE TAKE FURTHER NOTICE** that, on October 5, 2026, the Debtors held an auction (the "**Auction**") for the sale of the Debtors' assets in accordance with the Bidding Procedures. At the conclusion of the Auction, the Debtors, in consultation with the Official Committee of Unsecured Creditors, determined FHG Acquisition, LLC (the "**Purchaser**") to be the Successful Bidder, with a bid of $22,237,000 of cash and other consideration, for substantially all of the Debtors' ongoing operations (the "**Sale Transaction**"), all on the terms and conditions set forth in that certain Asset Purchase Agreement (the "**Revised APA**"), as modified at and after the Auction.

[1] The Debtors and the last four digits of their federal tax identification numbers are: (1) S.M.F. Group Inc. (1726); (2) 57th Street Hospitality Partners, LLC (2026); (3) Brasserie 57 LLC (6251); (4) Broadway Hospitality Venture, LLC (5541); (5) Brooklyn Diner USA, Inc. (1194); (6) Brooklyn Diner USA, L.P. (9292); (7) Cafe Concepts (Washington DC), LLC (3827); (8) Cieli Partners, L.P. (7771); (9) Ebbets Field Venture, LLC (9637); (10) Ebbets Field Venture II, LLC (2344); (11) Fireman Hospitality Card LLC (4763); (12) Fiorello's Roman Cafe, Inc. (2519); (13) Italian Cafe Concepts, LLC (3784); (14) Red Eye/Brooklyn Associates, L.P. (9293); (15) Red Eye Grill, Inc. (1189); (16) Red Eye Grill, L.P. (9291); (17) SFAP Group, LLC (9152); (18) Shelny, LLC (1859); (19) SMJ Group, Inc. (1191); (20) SMJ Group, L.L.C. (3319); (21) The Finer Diner, LLC (1940); and (22) The Fireman Group Cafe Concepts, Inc. (5919). The Debtors' mailing address is 810 Seventh Avenue, Suite 615, New York, NY 10019.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is the Revised APA.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit B** is a blackline of the Revised APA marked against the Stalking Horse APA (attached as Exhibit B to Docket No. 189).

**PLEASE TAKE FURTHER NOTICE** that a hearing to approve the Sale Transaction between the Debtors and the Purchaser will be held on **October 21, 2026, at 10:00 a.m. (ET)** before the Honorable Shireen A. Barday of the United States Bankruptcy Court for the Southern District of New York, Courtroom 501, One Bowling Green, New York, NY 10004.

**PLEASE TAKE FURTHER NOTICE** that copies of the Bidding Procedures, the Revised APA and any other documents filed in these cases may be obtained free of charge at https://dm.epiq11.com/case/firemangroup/.

Dated: October 20, 2026
New York, New York

**RAINES FELDMAN LITTRELL LLP**

*/s/ David S. Forsh*
Hamid R. Rafatjoo, Esq.
Carollynn H.G. Callari, Esq.
David S. Forsh, Esq.
1350 Avenue of the Americas, Fl. 22
New York, NY 10019
Tel: (917) 790-7100
Email: hrafatjoo@raineslaw.com
ccallari@raineslaw.com
dforsh@raineslaw.com

*Counsel to the Debtors and Debtors in Possession*